IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 6:19CR00015 |
| v. ) | |
| ) | INFORMATION |
| ) | |
| KIRSTIN WRIGHT ) | In Violation of: |
| Defendant ) | 18 U.S.C. § 641 |
| ) | |

The United States Attorney Charges:

## COUNT ONE
(Theft of Government Money)

1. Beginning in or about August 1, 2013, and continuing to in or about January 31, 2019, in the Western District of Virginia, the defendant, **KIRSTIN WRIGHT**, did willfully and knowingly steal and convert to her own use, money of the Social Security Administration ("SSA"), a department or agency of the United States, namely Title II Child Insurance/Survivors benefit payments to which she knew she was not entitled, said benefits having a value in excess of $1,000.

2. In violation of Title 18, United States Code, Section 641.

Date: 7-10-2019

*[signature]*
for THOMAS T. CULLEN
UNITED STATES ATTORNEY